# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANTHONY MESSINA, on behalf of himself
and all others similarly situated,

       Plaintiff,                      Case No. 4:22-cv-10706
                                           Hon. F. Kay Behm

v.

S&A SOLUTIONS, INC.

       Defendant.

_____/

## **STIPULATED ORDER OF DISMISSAL**

This matter having come before this Honorable Court by stipulation of the parties and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that this matter is DISMISSED with prejudice and without attorney fees or costs to any party.

This is a final order and it closes the case.

Date: October 27, 2023                             s/F. Kay Behm
                                                                Hon. F. Kay Behm
                                                                 U.S. District Court Judge

Stipulated as to form and content:

| | |
|---|---|
| HURWITZ LAW PLLC | MADDIN HAUSER ROTH & HELLER |
| | |
| */s/Noah S. Hurwitz (w. consent 10/25/23)* | */s/ Jesse L. Roth* |
| Noah S. Hurwitz (P74063) | Jesse L. Roth (P78814) |
| Attorney for Plaintiff | Attorney for Defendant |